# Court of Appeals
# of the State of Georgia

ATLANTA,_____March 31, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1350.  DOROTHY TANNER v. PLIVA, INC. et al.**

Pliva, Inc., Generics Bidco I, LLC, and Teva Pharmaceuticals USA, Inc. filed an application for interlocutory appeal from a trial court order granting in part and denying in part its motion to dismiss. We granted the application on July 11, 2014, and the applicants filed their notice of appeal on July 18, 2014.  In a related case, docketed as Case No. A15A1165, Dorothy Tanner filed a timely notice of cross-appeal.  The superior court forwarded to this Court the same notice of cross-appeal filed by Tanner in Case No. A15A1165, but that case was docketed as Case No. A15A1350, the instant case.  As both cases pertain to the same lower court case number, it appears the appeal in A15A1350 is duplicative of the appeal in A15A1165. Accordingly, this duplicative appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*03/31/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*